AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BOBBY-RAY DUBOSE,**

    **Plaintiff,**

**v.**

**JOHN KASICH, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:11-CV-00071**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed April 19, 2013,  JUDGMENT is hereby entered DISMISSING this case.**

Date: April 19, 2013                     JOHN P. HEHMAN, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk