AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BOBBY-RAY DUBOSE,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

    **CASE NO. 2:11-CV-00071**

**JOHN KASICH, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed April 19, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 19, 2013        JOHN P. HEHMAN, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk